**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Peggy Owen,<br><br>       Plaintiff,<br><br>v.<br><br>Maricopa County, et al.,<br><br>       Defendants. | No. CV-07-1463-PHX-SMM<br><br>**ORDER** |

Pending before the Court is Defendants' Motion for Physical and Mental Evaluation of Plaintiff Peggy Owen (Dkt. 23). Defendants' counsel has informed the Court that Plaintiff was examined pursuant to stipulation of the parties. Accordingly,

**IT IS HEREBY ORDERED** denying as moot Defendants' Motion for Physical and Mental Examination (Dkt. 23).

DATED this 3rd day of March, 2008.

Stephen M. McNamee
United States District Judge