**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Peggy Owen,                               ) | No. CV-07-1463-PHX-SMM |
|                                           ) |  |
|                                           ) | **ORDER** |
|        Plaintiff,                         ) |  |
|                                           ) |  |
| v.                                        ) |  |
|                                           ) |  |
|                                           ) |  |
| Maricopa County, et al.,                  ) |  |
|                                           ) |  |
|                                           ) |  |
|        Defendants.                        ) |  |
|                                           ) |  |
|                                           ) |  |

Before the Court is the parties' Stipulation to Extend Rule 16 Deadlines (Dkt. 30). The parties seek to extend the discovery deadline from May 23, 2008 to June 30, 2008, on account of calendar conflicts, difficulty contacting deponent witnesses, and counsels' respective heavy caseload. The parties state that an extension of the discovery deadline will not impact the deadline for filing dispositive motions, which is currently set for June 27, 2008, or the Final Pretrial Conference, currently set for August 7, 2008.

The parties' Stipulation is problematic for several reasons. First, the parties seek to extend a deadline that had already passed at the time of the Stipulation. Second, the parties state that the dispositive motion deadline will not be impacted by the requested extension, yet the Stipulation pushes the discovery deadline to <u>after</u> the dispositive motion deadline. Third, counsels' inability to manage their calendars or schedule

1 depositions within the allotted time for discovery does not constitute good cause for an
2 extension.

3      The Scheduling Order in this matter expressly stated the Court's expectation that
4 "each party will conduct discovery in such a manner as to complete, within the deadline,
5 any and all discovery," and that last minute discovery "which requires an extension of the
6 discovery deadline will be met with disfavor, and could result in denial of an extension."
7 (Dkt. 21, Order dated Jan. 18, 2008 2:25-3:5.)  The Court notes that the discovery and
8 dispositive motion deadlines in this case were later than those requested by the parties in
9 their Report re: Rule 26(f) Meeting.  (See Dkt. 17, Proposed Pretrial Management Plan
10 6:2-3.)

11      Accordingly,

12      **IT IS HEREBY ORDERED** denying the parties' Stipulation to Extend Rule 16
13 Deadlines (Dkt. 30).  The deadlines set forth in the Scheduling Order (Dkt. 21) shall
14 remain in effect.

15      DATED this 2nd day of June, 2008.

Stephen M. McNamee
United States District Judge