**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Peggy Owen,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Maricopa County, et al.,<br><br>　　　　　Defendants. | No. CV-07-1463-PHX-SMM<br><br>**ORDER** |

     The Court hereby notifies the parties that they are relieved of certain requirements contained in the Order re: Final Pretrial Conference dated July 23, 2008 (Dkt. 34). As the Court will receive and have access to all documents properly submitted via CM/ECF, the parties are no longer required to submit written copies or computer disks or diskettes containing the required materials. Therefore the parties need only to file via CM/ECF the documents and submissions required by the Order re: Final Pretrial Conference. The parties need not submit written copies or computer disks of the materials.

     Accordingly,

//

//

//

//

1  **IT IS HEREBY ORDERED** relieving the parties of the provisions of the Order
2  re: Final Pretrial Conference requiring the submission of written copies or computer disks
3  or diskettes.
4  DATED this 28th day of July, 2008.

                    Stephen M. McNamee
                    United States District Judge